UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x Index No.:24-CV-06744

JASMIN MARIN,

                    Plaintiff,

    -against-                                    **STIPULATION**

LOREN PACKER-HOPKE

                    Defendants.

---------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time in which Defendant LOREN PACKER-HOPKE has to serve an answer, move or appear in the above-entitled action is hereby extended to and including February 7, 2025; and

**IT IS FURTHER STIPULATED AND AGREED**, that in exchange for the above extension, Defendants waive objections to the service of the summons and complaint; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, facsimile and pdf signatures shall have the same force and effect as originals.

Dated: January 17, 2025

**Pervez & Rehman, P.C.**

By: _*Aneeba Rehman*_____
Aneeba Rehman, Esq.
*Attorney for Defendant*
6268 Jericho Turnpike, Ste. 8
Commack, NY 11725
(631) 427-0700
Aneeba.r@gmail.com

**ROMERO LAW GROUP PLLC**

By: _*David Barnhorn*_____
David Barnhorn, Esq.
*Attorneys for Plaintiff*
490 Wheeler Road, Suite 277
Hauppague, NY 11788
(631) 257-5588
dbarnhorn@RomeroLawNY.com

**SO ORDERED**

_____