

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

May 7, 2025

<u>**VIA ECF**</u>
Hon. Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Jasmine Marin v. Loren Packer-Hopke*
     Docket No.: 24-cv-06744 (JMA) (ST)

Dear Judge Tiscione:

 This firm represents Plaintiff Jasmine Marin in this action against Defendant Loren Packer-Hopke for alleged violations of the Fair Labor Standards Act, New York Labor Law, and New York common law. Plaintiff writes in accordance with the Court's order issued earlier today to provide a status report. The parties recently reached a settlement in principle in this matter. The parties are currently engaged in negotiating the terms of their formal agreement. As such, Plaintiff anticipates submitting a stipulation of dismissal within forty-five days.

           Respectfully submitted,

           */s/ David Barnhorn*

           _____
           DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record